People v Bishop (2025 NY Slip Op 03516)

People v Bishop

2025 NY Slip Op 03516

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, GREENWOOD, AND DELCONTE, JJ. (Filed June 6, 2025.) 

MOTION NO. (311/14) KA 10-00521.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
LANCE R. BISHOP, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.